Same case below, 621 F.3d 745.

**No. 10-8916. Guadalupe Esparza, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 992, 131 S. Ct. 2446, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3741.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 787.

**No. 10-8938. Adrian Reyes, Petitioner v. California.**

563 U.S. 992, 131 S. Ct. 2446, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3740.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-9308. Cedric Greene, Petitioner v. Z. Soisuvarn, et al.**

563 U.S. 992, 131 S. Ct. 2447, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3654.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-9313. Ricky Wayne Handy, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 992, 131 S. Ct. 2448, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3810.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9314. Aloysius Thaddeus Henry, Petitioner v. Alabama, et al.**

563 U.S. 992, 131 S. Ct. 2448, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3691,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9319. Camellia B. Barnes, Petitioner v. IMS Management, LLC, as Agent for Metropolitan Gardens Developers, LLP.**

563 U.S. 992, 131 S. Ct. 2448, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3636,

May 16, 2011. Petition for writ of certiorari to the Court of Civil Appeals of Alabama denied.

Same case below, 82 So. 3d 19.

**No. 10-9330. John Erwin Ciha, Petitioner v. Iowa.**

563 U.S. 992, 131 S. Ct. 2449, 179 L. Ed. 2d 1217, 2011 U.S. LEXIS 3819.

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of Iowa denied.

Same case below, 789 N.W.2d 165.